UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:22-cv-02347-DDC-TJJ |
| | ) | |
| v. | ) | |
| | ) | |
| S&M ENGINEERING, P.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Admiral Insurance Company, and Defendant, S&M Engineering, P.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned case with prejudice. Each party shall bear its own costs and fees.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: */s/ Pamela J. Winter*
Lynn W. Hursh                    #10191
Pamela J. Winter                 #27138
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Tel: (816) 221-3420
Fax: (816) 221-0786
lhursh@atllp.com
pwinter@atllp.com

ATTORNEYS FOR PLAINTIFF

2

                                              SEYFERTH BLUMENTHAL & HARRIS LLC


By: */s/ Bruce A. Moothart*
     Bruce A. Moothart     #17263
     4801 Main Street, Suite 310
     Kansas City, Missouri 64112
     Tel: (816) 756-0700
     bruce@sbhlaw.com

ATTORNEYS FOR DEFENDANT


## **CERTIFICATE OF SERVICE**

     I HEREBY certify that on this 10th day of March, 2023, I electronically filed the above and foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Pamela J. Winter*